**No. 47072.**—Protests 972886–G, etc., of Mark Graham & Sons, Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 47073.**—Protests 59658–K, etc., of Wm. Liddell & Co., Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 47074.**—Protests 63551–K, etc., of Gunthel & Cruveilher (New York).

Opinion by EKWALL, J. An examination of the record in each case failed to disclose anything that would warrant the court in disturbing the collector's finding, which was held presumptively correct. The protests were therefore overruled.

BEFORE THE FIRST DIVISION, APRIL 10, 1942

**No. 47075.**—Protests 823995–G, etc., of C. A. Andres et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.